IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fisher, Linda M | Case Number: 08 B 20227 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 8/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 22, 2009
Confirmed:  October 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,600.02 | |
| Secured: | | 250.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,112.49 |
| Trustee Fee: | | 237.53 |
| Other Funds: | | 0.00 |
| Totals: | 3,600.02 | 3,600.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 3,112.49 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 7,315.92 | 250.00 |
| 4. | JP Morgan Chase Bank | Secured | 4,374.34 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 404.21 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 267.65 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 290.26 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 281.84 | 0.00 |
| 9. | AAA Checkmate LLC | Unsecured | 1,560.47 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 732.49 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 218.75 | 0.00 |
| 12. | Brother Loan & Finance | Unsecured | 1,612.58 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 489.40 | 0.00 |
| 14. | Chase Automotive Finance | Unsecured | 1,203.84 | 0.00 |
| 15. | Discover Financial Services | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | WFNNB/Jessica London | Unsecured | | No Claim Filed |
| 19. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| | | | $ 22,243.25 | $ 3,362.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 3.48 |
| 6.6% | 234.05 |
| | $ 237.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fisher, Linda M | Case Number:  08 B 20227 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/24/09 | Filed:  8/2/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*